Sarah E. O'Connell
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3000
soconnell@fulbright.com

Jan E. Dodd*
Tambry L. Bradford*
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200

* *Pro hac vice* application to be filed

*Attorneys for Defendant ALLERGAN USA, INC.*

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SARA ALI and DANIEL ALI, | |
| Plaintiffs, | Civil Action No.: 11 cv 9130 |
| -against- | **NOTICE OF MOTION** |
| ALLERGAN USA, INC., | |
| Defendant. | |

---

PLEASE TAKE NOTICE that upon the annexed Declaration of Sarah E. O'Connell dated January 18, 2012, with exhibits, the Memorandum of Law in Support of Motion to Transfer Venue Under 28 U.S.C. § 1404(a), and all prior pleadings and proceedings herein, Defendant Allergan USA, Inc. ("Allergan"), by its undersigned attorneys, will move this Court before the Honorable Paul A. Crotty at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order pursuant to 28 U.S.C. § 1404(a), transferring this action to the Eastern District of Virginia.

PLEASE TAKE FURTHER NOTICE that as ordered during the January 10, 2012 pre-motion conference with the Honorable Paul A. Crotty, responsive papers shall be filed on or before February 1, 2012, and reply papers shall be filed on or before February 8, 2012.

Dated: New York, New York
       January 18, 2012

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Sarah E. O'Connell
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 892-9494

Jan E. Dodd*
Tambry L. Bradford*
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

*Attorneys for Defendant ALLERGAN USA, INC.*

* Pro hac vice application to be filed