**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SARA ALI and DANIEL ALI,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO. 1:12-cv-115-GBL-TRJ** |
| ) | |
| **ALLERGAN USA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF APPEAL**

Notice is hereby given that SARA ALI and DANIEL ALI, Plaintiffs-Appellants in the above-named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment granting the Defendant's Motion to Alter or Amend Order to Dismiss with Prejudice, Denying Plaintiff's Motion for Relief from Order, and Dismissing the Plaintiff's causes of action with prejudice entered in this action on the 27th day of November, 2012.

Dated: December 18, 2012

                                                  Respectfully submitted,

                                                  /s/
                                        Steven M. Frei, Esquire
                                        SICKELS, FREI & MIMS, P.C.
                                        3925 Chain Bridge Road, Suite 402
                                        Fairfax, Virginia 22030
                                        (703) 925-0500 Telephone
                                        (703) 925-0501 Facsimile
                                        steve.frei@sfmlawyers.com
                                        *Co-Counsel for Plaintiffs,*
                                        *Sara Ali and Daniel Ali*

Sybil Shainwald, *Pro Hac Vice*
LAW OFFICES OF SYBIL SHAINWALD, P.C.
*Co-counsel for Plaintiffs,*
*Sara Ali and Daniel Ali*
200 West 57th Street, Suite 402
New York, NY 10019
Telephone: 212-425-5566
Facsimile: 212-608-5863
shainwald@shainwaldlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this __18th__ day of December, 2012, I am electronically filing the foregoing with the Clerk of the Court through the Court's CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to counsel of record, including the following, counsel:

| | |
|---|---|
| Michael C. Pacella, Esquire (VSB#75274)<br>David M. Foster, Esquire (VSB#75274)<br>FULBRIGHT & JAWORSKI, LLP<br>Market Square<br>801 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 662-4774<br>Facsimile: (202) 662-4643<br>mpacella@fullbright.com<br>dfoster@fullbright.com<br>*Co-Counsel for Defendant Allergan USA, Inc.* | ( ) via facsimile<br>(x) electronic mail<br>( ) via hand delivery<br>( ) mailed first class,<br>  postage prepaid |
| OF COUNSEL:<br>Jan E. Dodd, Esquire (*Pro Hac Vice*)<br>Marcy Hogan Greer (*Pro Hac Vice*)<br>FULBRIGHT & JAWORSKI, LLP<br>555 South Flower Street<br>Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br>jdodd@fulbright.com<br>mgreer@fulbright.com<br>*Co-Counsel for Defendant Allergan USA, Inc.* | ( ) via facsimile<br>(x) electronic mail<br>( ) via hand delivery<br>( ) mailed first class,<br>  postage prepaid |

              /s/
            Steven M. Frei (VSB No. 32211)
            SICKELS, FREI & MIMS, P.C.
            3925 Chain Bridge Road, Suite 402
            Fairfax, Virginia 22030
            Phone: 703-925-0500
            Fax: 703-925-0501
            steve.frei@sfmlawyers.com
            *Co-Counsel for Plaintiffs,*
            *Sara Ali and Daniel Ali*